In the Matter of the Application of
CLINTON RUTLEDGE ASHFORD and
JOAN BEVERLY SCHUMM ASHFORD to register
title to real property situate at
Kainalu, Molokai, State of Hawaii.

No. 4516.

June 10, 1968.

RICHARDSON, C.J., MIZUHA, MARUMOTO,
ABE AND LEVINSON, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Marumoto, J., having dissented from the majority in the original opinion, does not concur.

*Charles B. Dwight III (Stephenson, Ashford & Wriston* of counsel) for the petition.